UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALENA SUTTON,

        Plaintiff,

v.

Case No. 10-14079

HONORABLE AVERN COHN

CENTRAL TOWER APARTMENTS,

        Defendant.

_____/

## JUDGMENT

For the reasons stated in the Order entered on September 07, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: September 7, 2012      By: s/Julie Owens
                                                  Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 7, 2012, by electronic and/or ordinary mail.

                                                  S/Julie Owens
                                                  Case Manager, (313) 234-5160