UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALENA SUTTON,

        Plaintiff,

v.

CENTRAL TOWER APARTMENTS,

        Defendant.
_____/

Case No.    10-14079

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on September 07, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: September 7, 2012        By: s/Julie Owens
        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 7, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160